

U.S. Department of Justice

Tax Division

*Northern Criminal Enforcement Section*   *Washington, DC 20530*

August 16, 2012

**By Hand**
Georgia H. Goslee, Esq.
1400 East-West Highway, Suite 1107
Silver Spring, Maryland 20910

    Re:    United States v. Gloria Donoghue
             Criminal Docket No. 12-488   (JS)

Dear Ms. Goslee:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter discovery in the above-referenced matter.  Please also consider this letter to be the government's request for reciprocal discovery.

1.    Prior Criminal History

    The government is aware of prior misdemeanor criminal convictions for petit larceny and disorderly conduct in 1971 in New York.  See GD-000169 – GD-000178.

2.    Statements of the Defendant, Documents and Tangible Objects

    Enclosed please find copies of Internal Revenue Service (IRS) documents that include information provided by the defendant to the IRS as well as documents that reflect statements made by the defendant to the IRS.  See GD-000001, GD-000003-GD000004 , GD-000008, GD-000009 – GD000010, GD-000016 – GD-000017, GD-000022 – GD000024, GD-000100 – GD000145.  Enclosed you will also find documents containing information provided to the defendant from the IRS.  See GD-000012, GD-000019, GD-000026, GD-000094 – GD000099, GD-000146 – GD-000168.  Also, please find enclosed IRS records kept in the course of regularly conducted business activity. See GD-000001 – GD-000168.

    You may call me to arrange a mutually convenient time to inspect, copy, and/or photograph the evidence and original documents discoverable under Rule 16.

8838373.1

3.  Reports of Examinations and Tests

The government will provide you with copies of reports of any examinations or tests conducted in connection with this case, as they become available.

4.  Expert Witnesses

The government will comply with Fed. R. Crim. P. 16(a)(1)(G) by notifying you in a timely fashion of any expert the government intends to call at trial and by providing you with the expert's credentials and a summary of the expert's opinion.

5.  Brady Materials

The government is not aware of any exculpatory material regarding the defendant. The government understands and will comply with its continuing obligation to produce exculpatory material as defined by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny.

Before trial, the government will furnish materials discoverable pursuant to Title 18, United States Code, Section 3500, as well as impeachment materials. See Giglio v. United States, 405 U.S. 150 (1972).

6.  Other Crimes, Wrongs or Acts

The government will provide the defendant with reasonable notice in advance of trial if it intends to offer any material under Federal Rule of Evidence 404(b).

7.  The Defendant's Required Disclosures

The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, photographs, tapes, tangible objects, or copies or portions thereof, which are in the defendant's possession, custody or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results of reports or physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, which are in the defendant's possession, custody or control, and which the defendant intends to introduce as evidence or otherwise rely upon at trial or which were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify. See Fed. R. Crim. P. 26.2. In order to avoid any unnecessary delay, we request that you have copies of these statements available for production to the government no later than the commencement of trial.

The government also requests that the defendant disclose a written summary of testimony the defendant intends to use under rules 702, 703, and 705 of the Federal Rules of Evidence. The summary should describe the opinions of the witnesses, the bases and reasons for those opinions, and the witnesses' qualifications.

If you have any questions or further requests, please do not hesitate to contact me.

Very truly yours,

KATHRYN KENEALLY
Assistant Attorney General
Tax Division

By:   \_/s/_____
Erin B. Pulice
Trial Attorney
(202) 305-3108

Enclosures: GD-000001 – GD-000178.

cc: Clerk of Court (by ECF, without enclosures)

8838373.1